852 A.2d 186

JOHN W. HARDWICKE, JR., AND TERRI S. HARDWICKE, PLAINTIFFS–RESPONDENTS, v. AMERICAN BOYCHOIR SCHOOL DEFENDANT–MOVANT.

June 30, 2004.

ORDERED that the motion for leave to appeal is granted.

852 A.2d 186

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JOANNE BRENNAN, DEFENDANT–RESPONDENT.

June 30, 2004.

ORDERED that the motion for direct certification from Superior Court, Law Division, Middlesex County, is granted.